IN THE UNITED STATES COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:08-CV-597(BO)

| | |
|---|---|
| TEAM 7, LLC, BALLISTIC PROTECTION TECHNOLOGIES, LLC, BRAZZOE, LLC, CHESTER SECHREST, PAUL CARTER, TONY BELL, and PLATINUM INVESTMENTS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> PROTECTIVE SOLUTIONS, INC., DAVID DUNCAN, BALLISTIC SOLUTION TECHNOLOGIES, LLC, R. LUPTON PITTMAN, III, and PROTECTIVE ENTERPRISES, LLC, <br><br> Defendants. | **ORDER** |

For good cause shown, and based upon the relevant facts and circumstances of this case, the Court hereby GRANTS the *Joint Motion for Dismissal with Prejudice as to the Claims Between the Plaintiffs, Defendant Ballistic Solution Technologies, LLC, and Defendant R. Lupton Pittman, III*, filed by Plaintiffs, Defendant Ballistic Solution Technologies, LLC, and Defendant R. Lupton Pittman, III pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Accordingly, IT IS SO ORDERED that claims asserted in this case by Plaintiffs against Defendant Ballistic Solution Technologies, LLC, and Defendant R. Lupton Pittman, III, and the claims asserted by Defendant Ballistic Solution Technologies, LLC, and Defendant R. Lupton Pittman, III against Plaintiffs, are hereby dismissed with prejudice, each party to bear its own costs.

This the 18 day of November, 2011.

_____
HON. TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE